O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HORCASITAS,<br><br>                Petitioner,<br><br>     vs.<br><br>W. L. MONTGOMERY,<br>Warden,<br><br>                Respondent. | Case No. CV 15-01813-JLS (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation were not filed. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition and entire action with prejudice.

DATED: April 19, 2016.

                                                  JOSEPHINE L. STATON
                                                  UNITED STATES DISTRICT JUDGE