JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HORCASITAS,<br><br>        Petitioner,<br><br>    vs.<br><br>W. L. MONTGOMERY,<br>Warden,<br>        Respondent. | Case No. CV 15-01813-JLS (KES)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: April 19, 2016.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1